UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELFORD WILSON,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, a municipal corporation, SAN DIEGO POLICE DEPARTMENT, WILLIAM LANSDOWNE, an individual, KEN DAVIS, an individual, and DOES 1-100 inclusive,<br><br>          Defendants. | Case No. 09cv219 JLS (WMc)<br><br>**ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE** |

Due to a conflict in the Court's calendar, the Mandatory Settlement Conference in the above-entitled matter is continued to **October 20, 2009, at 2:00 p.m.**, in Courtroom C, 940 Front St., San Diego, CA 92101. Counsel shall submit confidential settlement briefs **directly** to chambers **no later than October 13, 2009.** The remainder of the Court's June 24, 2009 Scheduling Order remains in full force and effect. [Doc. No. 15.]

**IT IS SO ORDERED.**

DATED: August 6, 2009

                                              Hon. William McCurine, Jr.
                                              U.S. Magistrate Judge, U.S. District Court